PETER R. BOUTIN, CASB No. 65261
peter.boutin@kyl.com
NICOLE S. BUSSI, CASB No. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
FOREX CAPITAL MARKETS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHLANDS CAPITAL MANAGEMENT L.P., a California limited liability corporation, MICHAEL BLAKEMAN, DAVID SMITH, JULIA B. HICHENS, HAROLD MOOZ, CONNIE HELDMAN, and BILL BURGER,<br><br>Plaintiffs,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware limited liability corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 09-4698 BZ<br><br>STIPULATION AND [PROPOSED] ORDER RE: TRANSFER OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

## STIPULATION

WHEREAS, on or about May 4, 2009, Plaintiffs HIGHLANDS CAPITAL MANAGEMENT L.P., MICHAEL BLAKEMAN, DAVID SMITH, JULIA B. HITCHENS, HAROLD MOOZ, CONNIE HELDMAN and BILL BURGER filed this action in the Superior Court for the State of California, County of Marin, Case No. CIV 92202;

WHEREAS, on or about September 18, 2009, Plaintiffs HIGHLANDS CAPITAL MANAGEMENT L.P., DAVID SMITH, JULIA B. HITCHENS, HAROLD MOOZ, CONNIE HELDMAN and BILL BURGER (collectively "Plaintiffs") filed a First Amended Complaint in this action in the Superior Court for the State of California, County of Marin, Case No. CIV 92202;

WHEREAS, on October 1, 2009, Defendant FOREX CAPITAL MARKETS LLC ("Defendant"), filed a Notice of Removal and removed this action to the United States District Court Northern District of California; and

WHEREAS, attorneys for Plaintiffs and attorneys for Defendant (the "Parties") agree that transfer of this action to the United States District Court Southern District of New York in New York, New York, is appropriate pursuant to 28 U.S.C. § 1406(a);

Now therefore, the Parties jointly request that, pursuant to 28 U.S.C. § 1406(a), the Court transfer this action to the United States District Court for the Southern District of New York in New York, New York.

///////
///////
///////
///////
///////

///////

IT IS SO STIPULATED.

DATED: October 6, 2009

_____
MICHAEL J.M. BROOK
LANAHAN & REILLEY LLP
Attorneys for Plaintiffs
HIGHLANDS CAPITAL MANAGEMENT L.P., A CALIFORNIA LIMITED LIABILITY CORPORATION, MICHAEL BLAKEMAN, DAVID SMITH, JULIA B. HITCHENS, HAROLD MOOZ, CONNIE HELDMAN, AND BILL BURGER

DATED: October 6, 2009

_____
PETER R. BOUTIN
NICOLE S. BUSSI
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
FOREX CAPITAL MARKETS LLC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 6, 2009

_____
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES DISTRICT MAGISTRATE JUDGE

- 3 -

KYL_SF492539

STIPULATION AND [PROPOSED] ORDER RE: TRANSFER OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN NEW YORK, NEW YORK
Case No. CV 09-4698 BZ